IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Katz,<br><br>  Plaintiff,<br><br>vs.<br><br>NCO Financial Systems, Inc.,<br><br>  Defendant. | No. CV 06-537-TUC-CRP<br><br>**ORDER** |

On October 22, 2006, Plaintiff filed a Complaint (Docket 1) alleging claims under the Fair Debt Collection Act, 15 U.S.C. § 1692. Defendant has yet to appear or file an Answer. On December 9, 2006, Plaintiff filed a Motion to Dismiss Case with Prejudice. (Docket 5).

This Motion would more appropriately have been filed as a Notice of Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Rule 41(a)(1) provides in pertinent part that "an action may be dismissed by the plaintiff without order of the court (i) by filing a notice of dismissal any time before service by the adverse party of an answer..."

Accordingly, the Clerk of the Court is **directed** to construe Plaintiff's Motion to Dismiss (Docket 5) as a Notice of dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED this 11th day of December, 2006.

*[signature]*
Charles R. Pyle
United States Magistrate Judge